IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K. W. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 17-1189 |
| v. ) | Judge Cathy Bissoon |
| ) | |
| THE ELLIS SCHOOL, ) | |
| ) | |
| Defendant. ) | |

## CASE MANAGEMENT CONFERENCE

**Before:** Judge Bissoon

**For Plaintiff:** Kristen C. Weidus, Esq.

**For Defendant:** Katherine E. Koop, Esq.
Albert S. Lee, Esq.

**Began:** February 15, 2019 at 10:00am

**Concluded:** February 15, 2019 at 10:17 am

**Reporter:** None

## OUTCOME

Order to follow.