IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.W., a minor by parent and natural Guardian NICHOLAS WISER; and NICHOLAS WISER, in his own right,<br><br>**Plaintiffs,**<br><br>v.<br><br>THE ELLIS SCHOOL,<br><br>**Defendant.** | Civil Action<br><br>No. 2:17-cv-01189-CB |

## Order of Court

AND NOW, on this _____ day of _____ 2019, upon consideration of Plaintiffs' Motion for Telephonic Participation in Mediation, it is hereby ORDERED, ADJUDGED, and DECREED that Ms. Lindsey Barrowmen shall be permitted to participate in the April 4, 2019 mediation session via telephone.

_____J.
Cathy Bissoon
United States District Judge