IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.W., a minor by parent and natural Guardian NICHOLAS WISER; and NICHOLAS WISER, in his own right,<br><br>**Plaintiffs,**<br><br>v.<br><br>THE ELLIS SCHOOL,<br><br>**Defendant.** | Civil Action<br><br>No. 2:17-cv-01189-CB |

## JOINT STIPULATION TO WITHDRAW CERTAIN CLAIMS

WHEREAS counsel for Plaintiffs and counsel for Defendant have engaged in discussions related to Counts II and IV of Plaintiffs' Complaint; and

WHEREAS certain documents requested by Plaintiffs' counsel have been provided;

NOW THEREFORE the Parties hereby jointly stipulate and request as follows:

(1) Plaintiffs shall be permitted to withdraw Counts II and IV of their Complaint, without prejudice.

Date: April 3, 2019

**RUDER LAW, LLC**

*/s/ Kristen Weidus*
Kristen C. Weidus, Esquire
Attorney for Plaintiff
Pa ID: 313486
429 Forbes Avenue, Suite 450
Pittsburgh, Pennsylvania 15219
412.281.4959
kristenweidus@ruderlaw.com

2

**TUCKER ARENSBERG, P.C.**

/s/ Katherine Koop Irwin
Katherine Koop Irwin, Esquire
Attorney for Defendant
Pa ID: 64201
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412.566.1212
kirwin@tuckerlaw.com

2